UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED
JUL 27 2018
CLERK'S OFFICE
U.S. DISTRICT COURT

United States of America,

     Plaintiff,

                             Criminal No. 18-cr-20495

                             Hon. David M. Lawson

v.

Ibraheem Izzy Musaibli,
    aka Abu Shifa Musaibli,
    aka Abu 'Abd Al-Rahman Al-Yemeni,

    Defendant.

---

## DEFENDANT'S ACKNOWLEDGMENT
## OF INDICTMENT

---

I, Ibraheem Izzy Musaibli, aka Abu Shifa Musaibli, aka Abu 'Abd Al-Rahman Al-Yemeni, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count One: 20 years' imprisonment, and a fine of $250,000, or both.

                                        

_____
Ibraheem Izzy Musaibli,
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Counsel for Defendant

Dated:  7-27-18