Motion To Change Lawyer

Judge: David Lawsnson

My Name: Ibraheem Musaibli,

Case #: 567 87039

I-D 18-20495

Hello, Hope your doing well.

Please, Help me as I am not to good with legal ut I want to discharge My ~~Lawyer~~ Lawyer, asap. I've been In prision since July 2018 and they haven't gotten much done but one motion and They are Procastinating, we don't see eye te eye.

In addition they sent a Plea request to the Pesucter's a few month's ago to setlle for 20 year's and wrote the paper's without My Consent ~~lee it weet tky atee of te Cotoote oi te feeter of tel te~~.

There's alot of distrust between us I am Trying to get time served. I've never been a felun before & I've Cooperated with ~~La~~ FBI. I offered to give up my Citizenship and relocate.

Thank you.

F I L E D
DEC 16 2019
CLERK'S OFFICE
DETROIT

December, 7, 2019

* Also I've been asking them to file motion's on Suppressing phone message record's Cuz they can't prove it me & I use to lot people use my phone, but they haven't don it, until now only.

POOR QUALITY ORIGINAL

P.S.

I tried Printing a Motion Form to look more Professional But I couldn't find it In the Law Library, so Please except my letter to discharge my Lawyer and Replace him with another.

He offered a 20 year Plea without my Consent.

* nor can I afford the $80 Ink wheel for typewriter.

Case 2:18-cr-20495-DML-MKM   ECF No. 80, PageID.259   Filed 12/16/19   Page 3 of 3

Ibraheem Nusaibi 56787039

Name:                    Number:

Federal Medical Center
P.O. Box 1600
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
10 DEC 2019 PM 3 L

12-10-19

RECEIVED

DEC 16 2019

CLERK'S OFFICE
U.S. DISTRICT COURT

To: U.S. District Court (Clerk)
Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, Michigan 48226

4822682774 C008

Legal Mail