23 November 2021                              1 of 2 pages

Attorney General Merrick Garland
United States of America
care of United States Attorney Office
Eastern District of Michigan, Southern
Division
211 West Fort Street
Suite 2001
Detroit, MI 48226

Re: United States of America V. Ibraheem
Musaibli, Case No. 18-cr-20495

Dear Attorney General:

The Defendant Ibraheem Musaibli in the
above entitled case, an U.S. citizen, has been
assailed, detained, interrogated, kidnapped,
threatened, tortured by U.S. Law Enforcement
Officers and warranted by Iraq-U.S. allies
OVERSEES, NOT on U.S. Soil (e.g., Land, Air
or Water ('LAW)) without Cause of Action to
have stated an alleged meritorious claim for
damage(s) against any U.S.-Iraq person,
U.S.-Iraq place, or U.S.-Iraq thing with
material evidence as proof(s) cause by the
Defendant Ibraheem Musaibli. This is formal
notice, the U.S. Attorney General and the
Warden Jonathan Hemingway Federal
Detention Center Milan, Michigan both have
an Absolute Duty, at Law, respondent
superior to account, respond, or liability
for any damage, false imprisonment, torture



23 November 2021                              2 of 2 pages

or murder cause by U.S. Law Enforcement Officers' forcible Iraq extradition of the Defendant Ibraheem Musaibli, an U.S. Citizen. Nuremburg Tribunal (1946) ("What did you know, and when did you know it?"); International Criminal Court (ICC) (1998, in force 2002: ICC created 120 nations signed mission to try individuals accused of genocide, war crimes, and crimes against humanity); Geneva Convention (1949) (Discrimination on religious, racial, national or political grounds forbidden); U.S. Constitution, Amendment 5 (1791) (Due Process Clause) and Amendment 14 (1868) (Due Process Clause and Equal Protection Clause). The Defendant Ibraheem Musaibli will probably be murdered cause by an U.S. Law Enforcement Officers' forcible Iraq extradition. The Gulf War II (2003-20) U.S. lawful Declaration of War, in question, has caused the death of 185,497 Iraqi civilians. See (17 January 2021) (online) Iraq body count figures 2003-2020 "Documented Civilian Deaths from Violence Iraq Body Count Database Iraq Body Count."

Payment Due to Principal or Estate of,

Ibraheem Musaybli     ابراهيم مصيبلي

Ibrahim Musaybli, SSN: 366 11 3634
Reg. No. 56787-039
Federal Detention Center Milan
P.O. Box 1000
Milan, Michigan 48160
CC: Estate, Attorney General & Warden, USDC

Ibrahim Musaybli
<u>NAME</u>

56787-039
<u>REG. NO.</u>

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480

29 NOV 2021 PM 2 L

11/29/21

Clerk of the Court
United States District Court
Judge David Lawson
231 W. Lafayette BLVD.
Room 564
Detroit, Michigan 48226

RECEIVED
DEC 09 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

Legal Mail 9-24-21      48226-303131